# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARIO BROOKS,

    Petitioner,

v.                                          CASE NO. 5:12cv56-MP-EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 14, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed for failure to comply with a court order or to prosecute this case.

**DONE and ORDERED** this 10th day of August, 2012.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**